UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FATEH ALI JUDHANI, et. al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:10-CV-1256-B |
| | § | |
| | § | |
| ERIC HOLDER, et. al., | § | |
| | § | |
| Defendants. | § | |
| | § | |

ORDER

Before the Court is Magistrate Judge Irma Ramirez's Findings, Conclusions and Recommendation (doc. 12) regarding Defendants' Motion to Dismiss Amended Complaint (doc. 8). The Magistrate Judge's report indicated that Plaintiffs failed to exhaust all administrative remedies before filing this action. Because Plaintiffs have another adequate remedy available to them, the Magistrate Judge recommends dismissing the action without prejudice pursuant to Fed. R. Civ. P. 12(b)(1). The Court **ADOPTS** the Findings and Recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED, ADJUDGED,** and **DECREED** that all of the claims that were or could have been asserted in this civil action against Defendants in their official capacities are hereby **DISMISSED without prejudice** for lack of subject matter jurisdiction.

SO ORDERED.

SIGNED March 31, 2011

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE1